IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY JACOB BARR,

     *Plaintiff,*

v.                                  **Case No.: 1:25cv323-MW/ZCB**

CROSS CITY, FLORIDA, et al.,

     *Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 39. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 39, is **accepted and adopted** as this Court's opinion. Plaintiff's "Motion for Preliminary Injunction and Protective Order Regarding Ongoing Interstate Stalking and Law Enforcement Non-Response," ECF No. 36, is **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on June 2, 2026.**

                                   **s/Mark E. Walker**_____
                                   **United States District Judge**